# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# NO. 3:99-cr-194-GCM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>BOBBY LEE BROADDUS,<br><br>      Defendant. | ORDER |

**THIS MATTER** is before the Court on the *pro se* Motion to Amend/ Correct Judgment filed by Defendant. (Doc. No. 53). The Court previously ordered Defendant to pay restitution in the amount of $8,841.27, "[m]inus any monies recovered by law enforcement officials." (Doc. No. 32). While Defendant correctly points out that the PSR stated that $8,400 was recovered by the Charlotte-Mecklenburg Police Department (Doc. No. 44, ¶ 10), CMPD Chain of Custody and Evidence records show that only $4,133 was recovered by law enforcement.

Accordingly, the Court hereby amends its prior Judgment (Doc. No. 32) pursuant to Rule 36 of the Federal Rules of Criminal Procedure, **ORDERS** that Defendant shall pay restitution in the amount of $4,708.27, and **ORDERS** that the Bureau of Prisons shall cease and desist collection from Defendant once Defendant has paid this sum. The Court further **ORDERS** that any amount that Defendant has already paid in excess of $4,708.27 shall be immediately reimbursed to his account.

**SO ORDERED.**

Signed: August 24, 2018

Graham C. Mullen
United States District Judge