IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:99-CR-194

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BOBBY LEE BROADDUS | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. Due to a clerical error, an Amended Judgment was inadvertently issued in this matter. Said Amended Judgment may appear to be inconsistent with the Order Granting the Motion to Amend.

IT IS THEREFORE ORDERED that the Amended Judgment [doc 55] is hereby **vacated.**

IT IS FURTHER ORDERED that all parties in this matter shall adhere to the original judgment [doc. 32] as amended by the August 24, 2018 Order Granting the Motion to Amend/Correct [doc. 54].

**IT IS SO ORDERED.**

Signed: August 31, 2018

Graham C. Mullen
United States District Judge