# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:99-CR-00194-GCM

| | |
|---|---|
| USA, | ) |
|     **Plaintiffs,** | ) |
| v. | )   **ORDER** |
| **BOBBY LEE BROADDUS,** | ) |
|     **Defendants.** | ) |

**THIS MATTER COMES** before this Court on the Court's own Motion. Defendant Bobby Broaddus filed a Motion to Amend Judgment (Doc. No. 57). The Court instructs the Government to respond to that Motion within forty-five (45) days of entry of this Order. Specifically, the Court needs to know the amount of money actually recovered from Mr. Broaddus by law enforcement related to this matter.

**SO ORDERED**.

Signed: February 26, 2019

Graham C. Mullen
United States District Judge