UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRIT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:99-CR-194

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| BOBBY LEE BROADDUS | ) | |

**THIS MATTER COMES** before this Court on the Court's own Motion. Defendant Bobby Lee Broaddus filed a Motion to Amend Judgement (Doc. No. 57) and that motion remains pending. The Government is reminded of the Order issued on February 26, 2019 (See Docket No. 61) directing them to respond. Specifically, the Court needs a record of the funds recovered in order to properly respond to the Defendant's motion.

The Government is directed to respond to Defendant's motion within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: September 9, 2019

Graham C. Mullen
United States District Judge